Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001092
17-AUG-2017
11:42 AM

NO. CAAP-14-0001092

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KENNETH S.G.A. LEE, Plaintiff-Appellant,
v.
ROUTH CRABTREE OLSEN, P.S.;
DEREK W.C. WONG, Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-0511)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on June 22, 2017, is hereby corrected as follows:

1.    On page 4, in the first line of the second paragraph, the reference to "Hungatge" should be replaced with "Hungate" so that as corrected, the text reads: "The supreme court in Hungate addressed . . . ."

2.    On page 4, in the sixth line of the second paragraph, the word "statues" should be replaced with "statutes" so that as corrected, the text reads: ". . . these statutes did not create . . . ."

_____
[1] Nakamura, Chief Judge, and Reifurth and Chan, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 17, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge